UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:23-cr-106 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| CARL LEWIS | ) Magistrate Judge Susan K. Lee |

## O R D E R

United States Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Count One of the one-count Indictment; (2) accept Defendant's guilty plea to Count One of the Indictment, that is, possession of a firearm and ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1); (3) adjudicate Defendant guilty of the charge in Count One of the Indictment, that is, possession of a firearm and ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1); (4) defer a decision on whether to accept the plea agreement (*see* Docs. 16–17) until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter. (Doc. 22.)

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 22) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count One of the one-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of the charge in Count One of the Indictment;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place before the undersigned on **April 9, 2025, at 2:00 p.m. [EASTERN]**.

**SO ORDERED.**

**ENTER:**

/s/ _____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**